JAMES G. CRESPO, Respondent, v. MORRIS GERBER and MORTIMER A. HUSTED,

Appellants.— Motion for stay denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.